# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-00076-RLV-DSC

| | |
|---|---|
| JONATHAN BYNUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the pro se Plaintiff's single page filing that contains only the heading "Motion for referral to Mediation. Motion to compel. Motion for sanctions." (document #3) filed May 12, 2016. Plaintiff has offered no authority or argument in support of these Motions. Accordingly, the Motions are denied.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: May 17, 2016

David S. Cayer
United States Magistrate Judge